IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WAYNE PALMER,
    Plaintiff,

v.                                               CIVIL ACTION NO. 1:13-cv-210

TRANS UNION, LLC; and FICTITIOUS
DEFENDANTS A, B C and D
    Defendant.

## DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

Comes Now, TRANS UNION LLC ("Trans Union"), and files this Notice of Removal pursuant to 28 U.S.C. § 1446 and in support thereof would respectfully show the Court as follows:

### A. Introduction

1. On or about January 22, 2013, Plaintiff Wayne Palmer ("Plaintiff") filed Plaintiff's Complaint ("Complaint") in the Circuit Court of Houston County, Alabama ("State Court Action") alleging that Defendant Trans Union LLC violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*, invasion of privacy, negligence, wantonness and willfulness.

2. The Defendant was served with Plaintiff's Original Complaint on March 7, 2013. No orders have been entered in the State Court Action as of the filling of this Notice of Removal. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. §1446(b).

### B. Grounds for Removal

3. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b), as it is a civil action founded on a claim or right arising under

the laws of the United States. Removal is thus proper because Plaintiff's claims present a federal question. 28 U.S.C. §§ 1331, 1441(b). In his Petition, Plaintiff seeks damages for Defendant's alleged violations of the Fair Credit Reporting Act, invasion of privacy, negligence, wantonness and willfulness. Plaintiff's claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. § 1367.

### C. Compliance with Procedural Requirements

4.     Pursuant to 28 U.S.C. §1446(b), this Notice is being filed with this Court within thirty (30) days after Defendant Trans Union, the only named Defendant in this action and Defendant first served with the Complaint, received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

5.     Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending.

6.     In accordance with 28 U.S.C. § 1446(a), all executed process, pleadings asserting causes of action, orders, and the docket sheet in the State Court Action are attached hereto. Attached as **Exhibit "A"** is an index of all documents that clearly identifies each document and indicates the date the document was filed in state court.

7.     Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Circuit Court of Houston County, Alabama, as required by 28 U.S.C. § 1446(d).

8.     Trial has not commenced the Circuit Court of Houston County, Alabama, under Civil Action No. CV-2013-900069.00.

9.     By filing this Notice of Removal, Trans Union consents to the removal of this case.

WHEREFORE, PREMISES CONSIDERED, Trans Union LLC, hereby gives notice that this action is removed to this the United States District Court for the Middle District of Alabama, Southern Division, and requests that it receive such other and further relief to which it may show itself justly entitled at law or in equity.

Respectfully submitted,

Matthew W. Robinett
ASB-3523-I72M
**Norman, Wood, Kendrick & Turner**
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
(205) 328-6643 – Telephone
(205) 251-5479 – Facsimile
mrobinett@nwkt.com
**COUNSEL FOR DEFENDANT TRANS UNION, LLC**

## CERTIFICATE OF SERVICE

This is to certify that on April 3, 2013, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel or will be mailed via U.S. Mail to the following:

William L. Lee III
238 West Main Street
Dothan, AL 36301
(334) 792-4156
(334) 794-8342
wlee3@llln-law.com
***Counsel for Plaintiff***

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None

MATTHEW W. ROBINETT

4690563.2/SP/83057/1425/040113